1  HOLLY S. HANOVER, Esq.
   California State Bar Number 177303
2  3132 Third Ave. #101
   San Diego, CA 92103
3  Telephone: (619) 295-1264
   Attorney for Defendant **Mr. Medina Cortez**

FILED

2006 OCT 13 AM 10: 48

CLERK US D.S... COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br><br>v.<br><br>SALVADOR MEDINA CORTEZ,<br>  Defendant. | CASE NO. 06cr1377-BEN<br><br>DATE: October 23, 2006<br>TIME: 9:00 a.m.<br><br>**ORDER** |

Upon motion to the Court by defendant, Salvador Medina Cortez, through his attorney, Holly S. Hanover, and the government, and good cause shown;

**IT IS HEREBY ORDERED** that the sentencing hearing date and time for Mr. Medina Cortez now set for October 23, 2006 at 9:00 a.m., be continued to November 20, 2006 at 9:00 a.m.

**IT IS ALSO ORDERED** that the time between October 23, 2006 and November 20, 2006 be excluded for purposes of the Speedy Trial Act.

SO ORDERED.

Dated: 10/3/06

_____
HONORABLE ROGER T. BENITEZ
United States District Court Judge

1                                                           06cr1377-BEN